o contradictory proof, the judgment should e reversed, and judgment for the defendant, with costs.

SCHLESINGER, Respondent, v. SCHEUER et al., Appellants. (Supreme Court, Appellate Division, First Department. February 23, 1906.) Action by Leo Schlesinger, as receiver, against Simon Scheuer and others. J. C. Jackson, for appellants. S. F. Kneeland, for respondent. No opinion. Order affirmed, with 10 costs and disbursements. Order filed.

SCHNURR, Appellant, v. QUINN, Respondent. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Tilly Schnurr against Alexander Quinn. No opinion. Motion denied.

SCHULZ, Appellant, v. METROPOLITAN JOCKEY CLUB, Respondent. (Supreme Court, Appellate Division, Second Department. March , 1906.) Action by Frank A. Schulz against the Metropolitan Jockey Club.
PER CURIAM. Judgment affirmed, with costs.
HOOKER, J., dissents.

SEELEY, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 22, 1906.) Action by Emily B. Seeley against the New York City Railway Company. No opinion. Order affirmed, with $10 costs and disbursements.

SHAPIRO v. SHAPIRO et al. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Barnet Shapiro against Barnet Shapiro and others. No opinion. Motion denied. The appellants should give an undertaking as required by section 314 of the Municipal Court act (Laws 1902, p. 1579, c. 580), and then, if necessary, an order impounding the money pending appeal will be granted.

SHAVER, Respondent, v. CUNNINGHAM et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 7, 1906.) Action by Wellington Shaver against Lester Cunningham and Norman Cunningham. No opinion. Motion granted, with $10 costs, unless the appellants within five days file papers on appeal with clerk of this court and pay to the respondent's attorney $10 costs of motion, in which case the appellants are relieved from their default, and the motion denied.

SHAUGHNESSY, Respondent, v. WEEKES, Appellant. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by J. Noyes Shaughnessy against Arthur D. Weekes. No opinion. Motion for leave to appeal to the Court of Appeals granted.

SICUREZZA, Respondent, v. CRISANTI, Appellant. (Supreme Court, Appellate Term. March 26, 1906.) Appeal from City Court of New York, Special Term. Action by Grazia Sicurezza against Salvatore Crisanti. From a judgment for plaintiff, and from an order denying defendant's motion to set aside the same, defendant appeals. Reversed, and motion granted. Charles E. Le Barbier, for appellant. Edward J. Kelly, for respondent.

O'GORMAN, J. The action is for slander, and on defendant's alleged default the damages were assessed at $2,000. After the entry of judgment and issuance of execution, the defendant moved to set aside the judgment on the ground that the summons was never served upon him. The learned justice at Special Term denied this application, but from an examination of the papers we entertain such a serious doubt as to whether the summons was served that in our opinion the ends of justice will be best served by granting the motion, and thus give the defendant an opportunity to have his day in court. Order reversed, and motion granted, with $10 costs to the defendant. All concur.

SIDEBOTHAM, Respondent, v. YONKERS ELECTRIC LIGHT & POWER CO et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Thomas B. Sidebotham, Jr., as executor, etc., against the Yonkers Electric Light & Power Company and Clarence E. Parker. No opinion. Order affirmed, with costs.

SIDEBOTHAM, Respondent, v. YONKERS ELECTRIC LIGHT & POWER CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Thomas B. Sidebotham, Jr., as executor, etc., of Thomas B. Sidebotham, deceased, against the Yonkers Electric Light & Power Company and Clarence E. Parker. No opinion. Judgment and order unanimously affirmed, with costs.

SILINSKI et al., Appellants, v. PRIME et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Frank Silinski and Katrina Silinski against Alanson J. Prime and Irene F. Prime. No opinion. Judgment affirmed, with costs.

SLOSS IRON & STEEL CO. v. JACKSON ARCHITECTURAL IRON WORKS. (Supreme Court, Appellate Division, First Department. March 16, 1906.) Action by the Sloss Iron & Steel Company against the Jackson Architectural Iron Works. No opinion. Motion denied, on payment of $10 costs. Order filed.

SMITH, Appellant, v. FARIS, Respondent. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Ar-

thur H. Smith against Alfred L. Faris. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

SMITH, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 21, 1906.) Action by Porter D. Smith, as, etc., against the Lehigh Valley Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents. NASH, J., not sitting. .

---

SMITH et al., Respondents, v. RYAN et al., Appellants. (Supreme Court, Appellate Division, First Department. February 23, 1906.) Action by Mary Smith and others against Michael Ryan and others. E. W. S. Johnston, for appellants. L. H. Hall, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

SMITH, Appellant, v. VILLAGE OF FT. PLAIN, Respondent. (Supreme Court. Appellate Division, Third Department. March 13, 1906.) Action by Isaac E. Smith against the village of Fort Plain. No opinion. Judgment unanimously affirmed, with costs.

---

SNOOK, Respondent, v. FRENCH, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 17, 1906.) Action by Clinton Snook against Ida L. French, impleaded, etc. No opinion. Judgment affirmed, with costs.

---

In re SNYDER. (Supreme Court, Appellate Division, Second Department. February 27. 1906.) In the matter of the application of Charles C. Snyder for admission to the bar. No opinion. Application granted.

---

SOMBORN, Appellant, v. SOMBORN et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Sarah A. Somborn against Henry G. Somborn and Aaron H. Rosenberg, individually and as executors, etc.. of Moses Somborn, deceased. No opinion. Judgment affirmed, with costs.

---

SOOP, Appellant, v. BURHANS, Respondent. (Supreme Court, Appellate Division, Third Department. March 22, 1906.) In the matter of the petition of Henry C. Soop, as agent and attorney of the estate of Thomas Cornell, against Webster H. Burhans. No opinion. Motion denied.

---

SPRING, Respondent, v. RYAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 7, 1906.) Action by T. Davis Spring against Frank M. Ryan. No opin-

ion. Motion to dismiss appeal granted, without costs, unless the appellant shall, within 20 days from the date of service of a copy of the order herein, together with notice of entry thereof, file and serve the printed papers on appeal as provided by rule 41, in which event said motion is denied, without costs.

---

STAGE. Respondent, v. WALDO, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 21, 1906.) Action by Augustus E. Stage against Samuel P. Waldo.

PER CURIAM. Judgment and order affirmed, with costs.

KRUSE, J., not sitting.

---

STARKEY, Respondent, v. WEBSTER et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Caroline C. Starkey against Howard S. Webster and others. No opinion. Motion for reargument or for leave to appeal to the Court of Appeals denied.

---

STODDARD, Respondent, v. RUSAW, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 10, 1906.) Action by Samuel O. Stoddard against Richard Rusaw.

PER CURIAM. Judgment affirmed, with costs.

HISCOCK, J., not sitting.

---

STOLLARICK, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 13, 1906.) Action by Frank Stollarick against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

STREIMER, Respondent, v. COHEN, Appellant. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Isidor Streimer against Isaac Cohen. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

---

STROBRIDGE LITHOGRAPHING CO., Respondent, v. JOHNSTON et al., Appellants, (Supreme Court, Appellate Division, First Department. February 23, 1906.) Action by the Strobridge Lithographing Company against Robert E. Johnston and another. R. Ballantine, for appellants. N. Cohen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

SUMMERWELL, Appellant, v. ROCHESTER HERALD CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 28, 1906.) Action by Edward K. Summerwell against the Rochester Herald Company. No opinion. Judgment and order affirmed, with costs.